# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Allen Joseph Myles
Myles & Myles
P. O. Box 877
Plaquemine LA 70764


**REHEARING ACTION: February 27, 2008**


**Docket Number: 07   00848-KA**

**STATE OF LOUISIANA**
**VERSUS**
**BYRON A. MEADS**

**Appealed from Calcasieu Parish Case No. 13623-06**


**BEFORE JUDGES:**

>   **Hon. Oswald A. Decuir**
>   **Hon. Michael G. Sullivan**
>   **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Byron A. Meads** has this day been

>   **DENIED.**




cc: Anthony Gerard Falterman, Counsel for the Appellee
    Donald David Candell, Counsel for the Appellee